# MEMO ENDORSED




**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BENJAMIN E. STOCKMAN**
*Assistant Corporation Counsel*
(212) 788-1177
(212) 788-9776 (fax)
bstockma@law.nyc.gov



May 12, 2008

**BY HAND**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Willie Sumpter v. Warden Shaw, et al.</u>, 07 Civ. 5816 (LAK)
<u>Andre Fuller v. Warden Shaw, et al.</u>, 07 Civ. 5817 (LAK)(RLE)
<u>William Moses v. Warden Shaw, et al.</u>, 07 Civ. 5818 (LAK)

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced <u>Moses</u> case. Defendants respectfully request a clarification from the Court as to whether the Court's order of April 1, 2008, referring the above-referenced <u>Fuller</u> case to Magistrate Ellis for general pre-trial matters also applies to the <u>Moses</u> case.

By order dated June 20, 2007, the three above-referenced cases, <u>Sumpter</u>, <u>Fuller</u>, and <u>Moses</u> were consolidated.[1] On March 13, 2008, defendants filed their answer in the <u>Moses</u> case. However, according to a review of the docket sheets in these matters, the <u>Moses</u> defendants' answer appears on the docket sheet of the lead case of the consolidation, <u>Sumpter</u>, which has been dismissed, and does not appear on the docket sheet of the <u>Moses</u> case, despite the fact that the answer was filed under docket number 07 Civ. 5818. A review of the docket sheets also reveals that the <u>Fuller</u> case was referred to Magistrate Judge Ellis for pre-trial purposes, and that Judge Ellis scheduled an initial conference for May 15, 2008 at 11:00 a.m. While these matters were consolidated, there is no entry on the <u>Moses</u> docket sheet indicating that this case

---

[1] The <u>Sumpter</u> case was subsequently dismissed on September 27, 2007.

was also referred to Judge Ellis for pre-trial supervision. After inquiring with Judge Ellis' chambers regarding these matters, it was suggested that I write Your Honor for clarification. Accordingly, the <u>Moses</u> defendants respectfully request that the Court clarify whether the <u>Moses</u> case has also been referred to Judge Ellis.

I thank the Court for its time and consideration of this matter.

Respectfully submitted,

Benjamin E. Stockman
Assistant Corporation Counsel
Special Federal Litigation Division

cc:  Mr. William Moses (by First Class Mail)
<u>Moses</u>, plaintiff *pro se*
#07-A-6463
Gowanda Correctional Facility
P.O. Box 311
Gowanda, NY 14070-0311

Mr. Andre Fuller (by First Class Mail)
<u>Fuller</u>, plaintiff *pro se*
#07-A-3236
Fishkill Corr. Facility
Box 1245
Beacon, NY 12508

Caryn Rosencrantz, Esq.
<u>Fuller</u>, attorney for defendants
Office of the Corporation Counsel
100 Church Street
New York, NY 10007

*Obviously the referral applied to all consolidated cases.*

SO ORDERED

LEWIS A. KAPLAN USDJ
5/13/08

2